■ OPTIC PLUS ENTERPRISES, LIMITED, Appellant, v BAUSCH & LOMB INCORPORATED et al., Respondents. (Appeal No. 1.) [833

NYS2d 422]—Motion for leave to appeal to the Court of Appeals granted. Present—Gorski, J.P., Martoche, Smith, Green and Pine, JJ.